> **Motion GRANTED. ICMC is reset for 12/16/15 at 2:00 p.m.**
>
> *[signature: Aleta A. Trauger]*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **TREVOR CAYCE,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | **Docket No. 3-15-cv-01072** |
| v. ) | **Judge Aleta A. Trauger** |
| ) | |
| **SAFE HARBOR OF NASHVILLE, LLC,** ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT'S UNOPPOSED MOTION TO RESCHEDULE INITIAL CASE MANAGEMENT CONFERENCE

Defendant Safe Harbor of Nashville, incorrectly named "Safe Harbor of Nashville, LLC," (hereinafter, "Safe Harbor") respectfully files this Unopposed Motion to Reschedule Initial Case Management Conference. In support of its Motion, Safe Harbor states as follows:

1.) On October 7, 2015, the Court entered a Notice of Setting of Initial Case Management Conference (Docket Entry ("Doc") 4), setting the initial case management conference for this matter on December 7, 2015.

2.) The Notice also required the parties to confer at least three business days prior to the scheduled conference and submit a Proposed Case Management Order. (*Id.*)

3.) The parties conferred and submitted a Proposed Case Management Order (Doc. 10) on December 2, 2015.

4.) Lead counsel for Safe Harbor, Jeff Weintraub, will be assisted by Gabriel P. McGaha (TN BPR #027413) in defending this matter.