# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

TREVOR CAYCE

    Plaintiff,

v.

                                      Case No. 3:15-cv-01072

SAFE HARBOR OF NASHVILLE, LLC,

    Defendant.

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

COMES NOW the Plaintiff, Trevor Cayce, by and through counsel, pursuant to Federal Rule of Civil Procedure 41, and hereby gives notice that all of his claims against Safe Harbor of Nashville, LLC, are hereby voluntarily dismissed without prejudice.

                Respectfully submitted,

                GILBERT RUSSELL McWHERTER
                SCOTT & BOBBITT PLC

                *s/ Emily S. Emmons*
                MICHAEL L. RUSSELL (#20268)
                EMILY S. EMMONS (#33281)
                341 Cool Springs Boulevard, Suite 230
                Franklin, Tennessee 37067
                Telephone: 615-354-1144
                Facsimile: 731-664-1540
                mrussell@gilbertfirm.com
                eemmons@gilbertfirm.com

                *ATTORNEYS FOR PLAINTIFF*

&

FISHER & PHILLIPS, LLP

*s/Jeff Weintraub*
JEFF WEINTRAUB (#9686)
GABRIEL MCGAHA (#27413)
1715 Aaron Brenner Drive, Suite 312
Memphis, TN 38120
Telephone: (901) 526-0431
jweintraub@laborlawyers.com
gmcgaha@laborlawyers.com

*ATTORNEYS FOR DEFENDANT*

## CERTIFICATE OF SERVICE

This is to certify that the foregoing was sent via the Court's electronic filing system on this, the 10th day of August, 2016, to all counsel of record.

Jeff Weintraub
Gabriel McGaha
1715 Aaron Brenner Drive, Suite 312
Memphis, TN 38120

s/ *Emily S. Emmons*